# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5299** **September Term, 2026**

**1:26-cv-01417-EGS**

**Filed On: September 21, 2026** **[2194153]**

Katie Phang,

Appellee

v.

Todd Blanche, in his official capacity as
Attorney General of the United States,

Appellant

------------------------------

Consolidated with 26-5334

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. The parties in newly consolidated case No. 26-5334 shall comply with the deadlines established in the clerk order filed August 25, 2026 in No. 26-5299.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk