# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5299** **September Term, 2026**

**1:26-cv-01417-EGS**

**Filed On:** September 23, 2026

Katie Phang,

Appellee

v.

Todd Blanche, in his official capacity as
Attorney General of the United States,

Appellant

------------------------------

Consolidated with 26-5334

**BEFORE:** Srinivasan, Chief Judge, and Pillard and Pan, Circuit Judges

**O R D E R**

Upon consideration of the motion for a stay pending appeal, it is

**ORDERED** that appellee respond to the motion by Friday, September 25, 2026, at 11:59 p.m. Any reply is due by Tuesday, September 29, 2026, at 4:00 p.m.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk