UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

# CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5229, 26-5334
2. DATE DOCKETED: 8/25/26, 9/21/26
3. CASE NAME (lead parties only) Phang v. Blanche
4. TYPE OF CASE: ☒ District Ct - ◉ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:26-cv-01417-EGS
      Criminal
      Miscellaneous
      Bankruptcy Court Docket No.
      Bankruptcy
      Adversary
      Ancillary
      Tax Court Docket No.
      Tax
   b. Review is sought of:
      ☐ Final Order ☒ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Emmet G. Sullivan Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 6/25/26; 9/16/26
   e. Date notice of appeal filed: 8/24/26, 9/17
   f. Has any other notice of appeal been filed in this case? ○ Yes ◉ No If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ◉ No If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ◉ Yes ○ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ◉ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
      If YES, give popular name and citation of statute Epstein Files Transparency Act, H.R. 4405.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No If so, provide program name and participation dates

Signature /s/ Michael Weisbuch Date 9/24/26
Name of Party Todd Blanche, in his official capacity as Attorney General of the United Stat
Name of Counsel for Appellant/Petitioner Michael Weisbuch
Address 950 Pennsylvania Ave NW, Washington DC 20530
Phone ( 202 ) 322-2450 Fax ( ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| KATIE PHANG, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Nos. 26-5299, 26-5334 |
| TODD BLANCHE, IN HIS | ) | |
| OFFICIAL CAPACITY AS | ) | |
| ATTORNEY GENERAL OF | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant-Appellant | ) | |

**Certificate of Service for Civil Docketing Statement**

I hereby certify that on September 24, 2026, a copy of the foregoing Civil Docketing Statement was served via the Court's CM/ECF electronic filing system upon all registered counsel of record.

Dated: September 24, 2026

*/s/Michael Weisbuch*
**Michael Weisbuch**
Deputy Associate Attorney General