**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| KATIE PHANG, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Nos. 26-5299, 26-5334 |
| TODD BLANCHE, IN HIS | ) | |
| OFFICIAL CAPACITY AS | ) | |
| ATTORNEY GENERAL | ) | |
| OF THE UNTIED STATES, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**STATEMENT OF INTENT TO UTLIZE DEFERRED APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 30(c), this Court's local rule 30(c), and the Clerk's Order dated August 25, 2026, the parties have conferred and agree to utilize a deferred appendix. This joint appendix will be prepared and filed within 21 days after the service of the Appellee's brief.

Dated: September 24, 2026

Respectfully Submitted,

*/s/ Michael Weisbuch*
Michael Weisbuch
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 322-2450
Michael.Weisbuch@usdoj.gov